■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS RACONA, JR., Appellant.—Judgment unanimously affirmed *(see, People v Bouyea,* 64 NY2d 1140). (Appeal from judgment of Supreme Court, Gorman, J.—burglary, first degree, and other offenses.) Present—Dillon, P. J., Doerr, Green, O'Donnell and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD C. P., Appellant.—Adjudication unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from adjudication of Supreme Court, Erie County, McGowan, J.—youthful offender.) Present—Dillon, P. J., Doerr, Green, O'Donnell and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SHOWERS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Cattaraugus County Court, Crowley, J.—burglary, third degree.) Present—Dillon, P. J., Doerr, Green, O'Donnell and Pine, JJ.